UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 1:18-cv-22478-JEM

IRONWORKS PATENTS, LLC,

    Plaintiff,

v.

BLU Products, Inc.

    Defendant.

## **STIPULATION OF DISMISSAL**

Plaintiff, Ironworks Patents, LLC, and Defendant, BLU Products, Inc., jointly announce to the Court that they have reached a settlement agreement that resolves all matters in this controversy between them, and, on this day, they jointly move the Court to grant the attached Proposed Order. The parties respectfully request that this Court grant the dismissal, as follows:

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against BLU Products, Inc. by Ironworks Patents, LLC are dismissed with prejudice.

IT IS HEREBY ORDERED that all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by Blu Products, Inc. are dismissed with prejudice.

IT IS HEREBY ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

IT IS HEREBY ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement.

Dated: February 7, 2019

Respectfully submitted,

*s/ Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Roy E. Nelson (Florida Bar No. 124447)
rnelson@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000

*Counsel for Defendant*

*/s/ Christina Bredahl Gierke*
Alison Aubry Richards (IL Bar # 6285669)
(*admitted Pro Hac*)
arichards@giplg.com
David Berten (IL Bar # 6200898)
dberten@giplg.com
Hannah Sadler (IL Bar # 6321429)
hsadler@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500

Edward S. Polk
Edward.Polk@csklegal.com
Christina Bredahl Gierke
Christina.Gierke@csklegal.com
Tel: 321-972-0025
Fax: 321-972-0099
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810

*Attorneys for Plaintiff Ironworks Patents, LLC*

## **ATTESTATION OF E-FILED SIGNATURES**

Pursuant to Case Management Electronic Case Filing CM/ECF Administrative Procedures Rule 3J(3), counsel for Ironworks Patents LLC has obtained the concurrence of counsel for Defendant in the filing of this Stipulation of Dismissal**.**

Dated: February 7, 2019

> By: */s/ Christina Bredahl Gierke*
> Attorney for Plaintiff Ironworks Patents LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 7, 2019 on all counsel or parties of record on the Service List below:

>Bernard Lewis Egozi
>Egozi & Bennett PA
>2999 NE 191st Street
>Suite 407
>Aventura, FL 33180
>305-931-3000
>Fax: 931-9343
>Email: begozi@egozilaw.com
>
>Isaac Salomon Lew
>Egozi & Bennett, P.A.
>2999 NE 191st St.
>Suite 407
>Aventura, FL 33180
>305-931-3000
>Email: ilew@egozilaw.com
>
>*Attorneys for Defendant BLU Products, Inc.*


>*/s/ Christina Bredahl Gierke*
>*Attorney for Plaintiff Ironworks Patents, LLC*

4