UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-22478-CIV-MARTINEZ-OTAZO-REYES

IRONWORKS PATENTS, LLC,
    Plaintiff,

vs.

BLU Products, Inc.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' joint Stipulation of Dismissal [ECF No. 31]. Pursuant to the parties' Stipulation of Dismissal, it is:

**ORDERED, ADJUDGED AND DECREED**:

That all claims, counterclaims, and defenses that have been, or could have been, asserted in this lawsuit against BLU Products, Inc. by Ironworks Patents, LLC are dismissed with prejudice.

That all claims, counterclaims, and defenses that have been or could have been asserted in this lawsuit against Ironworks Patents, LLC by BLU Products, Inc. are dismissed with prejudice.

That all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

That the Court shall retain jurisdiction to enforce the settlement agreement.

That all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of February, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record